# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America <br> v. <br> **CHARLES NICKERSON, JR.** <br> DOB: <br> PDID: <br><br> *Defendant(s)* | ) <br> ) <br> ) Case No. <br> ) <br> ) <br> ) <br> ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 05, 2012, through March 09,__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 US.C. § 2422(b) | using facilities of interstate commerce, that is a computer, did knowingly attempt to persuade, induce, entice, and coerce an individual under the age of eighteen to engage in sexual activity under such circumstances as would constitute a criminal offense by any person under 22 District of Columbia Code § 3008, First Degree Child Sexual Abuse. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☒ Continued on the attached sheet.

*Complainant's signature*

DETECTIVE TIMOTHY PALCHAK
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/12/2012

*Judge's signature*

City and state: Washington, D.C.

*Printed name and title*