# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>)<br>) |
| v. | )  Criminal No. 13-CR-137 (KBJ)<br>) |
| CHARLES NICKERSON, JR., | )<br>) |
| Defendant. | )<br>)<br>) |

## SENTENCING SCHEDULING ORDER

The parties in this case reached a plea agreement pursuant to Fed. R. Crim. P. 11(c)(1)(C).  On June 5, 2013, the defendant entered a guilty plea, which the Court accepted as knowing and voluntary.  However, pursuant to Fed. R. Crim. P. 11(c)(3)(A), the Court deferred acceptance of the binding plea agreement until the presentence investigation report is issued.  The Court also set the sentencing hearing in this case for August 28, 2013, at 10:00 AM in Courtroom 17.  Accordingly, it is hereby

**ORDERED** that the parties file any memoranda in aid of sentencing with the Court by August 14, 2013.  Any responses thereto shall be filed by August 21, 2013.  The parties' submissions must contain supporting case law or any other authority that the parties intend to rely upon.  In their sentencing memoranda, the parties are free to comment on the appropriateness of their agreed-upon sentence in light of the presentence investigation report.

**SO ORDERED.**

Date:  June 6, 2013

_____/s/_____
KETANJI BROWN JACKSON
United States District Judge