UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA** :
:
    v. : **CRIMINAL NO. 13-137 (KBJ)**
:
**CHARLES NICKERSON, JR.** :

**DEFENDANT'S MEMORANDUM IN AID OF SENTENCING**

The defendant, by and through his attorney, Christopher M. Davis, respectfully submits this memorandum in aid of sentencing.

**PSR CORRECTIONS**

1. There are no material errors in the final PSR.[1]

2. The defendant's plea agreement was entered pursuant to Federal Rule of Criminal Procedure 11 (c) (1) (C). The agreed upon sentence is to a term of imprisonment of 120 months.

**SENTENCE**

3. The Defendant submits that the plea agreement should be accepted by the Court because it fairly balances the sentencing factors of: (i) the public's interest in removing the defendant from society for a significant period of time; (ii) punishment of the defendant for his crimes; (iii) deterring others from committing similar offenses; and (iv) providing the defendant an opportunity to rehabilitate himself and re-enter society as a productive, law-abiding citizen.

4. The defendant makes no excuses for his conduct.  As is obvious from a reading of the PSR, the defendant's life has not been easy.  He nonetheless accepts full

---

[1] The draft PSR has been amended and is now consistent with the Government's guideline calculation as detailed in ECF 35 at page 13 of 22, 151 to 188 months.

responsibility for his actions and assures this Honorable Court that he will make every effort possible to understand and control the behavior that led to his current legal predicament. .

## CONCLUSION

5.  For the reasons cited herein, undersigned respectfully requests that this Honorable Court accept the defendant's plea tendered pursuant to Federal Rule of Criminal Procedure 11 (c) (1) (C).

Respectfully submitted,

*Christopher M. Davis*
Christopher M. Davis

Davis & Davis
1350 Connecticut Ave., NW
Suite 202
Washington, DC 20036
(202) 234-7300

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that Defendant's Memorandum in Aid of Sentencing was served via ECF on all parties of record on this 14th day of August, 2013.

*Christopher M. Davis*
Christopher M. Davis